| | |
|---|---|
| Jerome Schreibstein (SBN: 154051)<br>Law Office Of Jerome Schreibstein<br>Embarcadero Center West<br>275 Battery Street, Eighteenth Floor<br>San Francisco, Ca 94111<br>Tel: (415) 875-3355<br>Fax: (415) 358-9885 | Paul D. Murphy (SBN: 159556)<br>Mark J. Nagle (SBN: 248873)<br>Murphy Rosen Meylan & Davitt LLP<br>100 Wilshire Blvd., Suite 1300<br>Santa Monica, Ca 90401-1142<br>Tel: (310) 899-3300<br>Fax: (310) 399-7201 |
| Attorneys For Defendants<br>Bayer Corporation; Bayer Healthcare<br>Pharmaceuticals Inc.;<br>And Bayer Healthcare LLC | Attorneys For Defendants<br>Ferro Corporation And<br>Ferro Pfanstiehl Laboratories, Inc. |
| Chad Biggins, Esq. (SBN: 206922)<br>Law Offices Of Chad Biggins<br>633 West Fifth St., 28th Floor<br>Los Angeles, Ca 90071<br>Tel: (213) 223-2234<br>Fax: (213) 223-2235 | Michael H. Kim, Esq. (SBN: 200792)<br>Law Firm Of Michael H. Kim<br>A Professional Corporation<br>3699 Wilshire Blvd., Suite 860<br>Los Angeles, Ca 90010<br>Tel: (213) 639-2900<br>Fax: (213) 639-2909 |
| Attorney For Plaintiff Casey Yu | Attorney For Plaintiff Casey Yu |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY YU,<br><br>    Plaintiff,<br><br>vs.<br><br>FERRO CORPORATION; FERRO PFANSTIEHL LABORATORIES, INC.; BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER HEALTHCARE LLC; and DOES 1-150,<br><br>    Defendants. | Case No. CV 11-03575 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Casey Yu, and defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC (collectively, at times, the "Bayer Entities"), hereby stipulate, through their respective counsel, as follows:

    1.    The above-entitled action shall be dismissed as against the Bayer Entities only, without prejudice, in its entirety; and

2. The parties shall bear their own legal fees and costs.

IT IS SO AGREED.

Dated: February 26, 2013     LAW OFFICE OF JEROME SCHREIBSTEIN

By: _____
Jerome Schreibstein
Attorneys for Defendants Bayer
BAYER CORPORATION; BAYER
HEALTHCARE PHARMACEUTICALS INC.; and
BAYER HEALTHCARE LLC

Dated: February 26, 2013     LAW FIRM OF MICHAEL H. KIM

By: _____
Michael H. Kim
Attorneys for Plaintiff CASEY YU

### ORDER

Based upon the parties' stipulation, and good cause otherwise appearing, this action is dismissed without prejudice as to defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC, the parties to bear their own legal fees and costs.

Dated: 2/28/13     _____
United States District Court Judge
Saundra Brown Armstrong