THOMAS G. BEATTY (State Bar No. 75794)
MICHAEL P. CLARK (State Bar No. 110917)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
RYTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY YU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FERRO CORPORATION, an Ohio corporation; et al.,<br><br>　　　　Defendants. | Case No. 3:11-CV-03575-SBA<br><br>**PROPOSED ORDER GRANTING DEFENDANT RYTEC CORPORATION'S APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT TO C.C.P. 877 AND 877.6** |

  Defendant Rytec Corporation (hereafter "Rytec"), has made an application to this Court for a determination that the settlement entered into between Rytec and plaintiff Casey Yu is a good faith settlement pursuant to California Code of Civil Procedure §§ 877 and 877.6 and related case law. A notice of settlement, the application and a proposed order were properly served on all parties to this action. No parties have filed a motion to contest the good faith of this settlement.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Rytec Corporation's application for a determination of good faith settlement with plaintiff Casey Yu is granted pursuant to California Code of Civil Procedure §§ 877 and 877.6. Any and all joint tortfeasors or co-obligors are barred from any other claims against Rytec Corporation for

equitable comparative contribution, or partial or comparative indemnity, based upon comparative negligence or comparative fault.

Dated: JULY 5 , 2013

_Sandra B. Armstrong_
Honorable Sandra Brown Armstrong
United States District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330