THOMAS G. BEATTY (State Bar No. 75794)
MICHAEL P. CLARK (State Bar No. 110917)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
RYTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CASEY YU, | Case No. 3:11-CV-03575-SBA |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING DEFENDANT RYTEC CORPORATION'S APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT TO C.C.P. 877 AND 877.6 |
| vs. | |
| FERRO CORPORATION, an Ohio corporation; et al., | |
| Defendants. | |

Defendant Rytec Corporation (hereafter "Rytec"), has made an application to this Court for a determination that the settlement entered into between Rytec and plaintiff Casey Yu is a good faith settlement pursuant to California Code of Civil Procedure §§ 877 and 877.6 and related case law. A notice of settlement, the application and a proposed order were properly served on all parties to this action. No parties have filed a motion to contest the good faith of this settlement.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Rytec Corporation's application for a determination of good faith settlement with plaintiff Casey Yu is granted pursuant to California Code of Civil Procedure §§ 877 and 877.6. Any and all joint tortfeasors or co-obligors are barred from any other claims against Rytec Corporation for

equitable comparative contribution, or partial or comparative indemnity, based upon comparative negligence or comparative fault.

Dated: JULY 5, 2013

*Sandra B. Armstrong* (signature)
Honorable Sandra Brown Armstrong
United States District Court Judge