THOMAS G. BEATTY (State Bar No. 75794)
MICHAEL P. CLARK (State Bar No. 110917)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
RYTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY YU,<br><br>                Plaintiff,<br><br>        vs.<br><br>FERRO CORPORATION, an Ohio corporation; FERRO PFANSTIEHL LABORATORIES, INC., a Delaware corporation; BAYER CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company; RYTEC CORPORATION, and DOES 2 through 150,,<br><br>                Defendants. | Case No. 3:11-CV-03575-SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO RYTEC CORPORATION ONLY** |

Per the parties' settlement agreement, Plaintiff Casey Yu and defendant Rytec Corporation hereby stipulate, through their respective counsel, as follows:

1. The above entitled action shall be dismissed, with prejudice, against defendant Rytec Corporation only, and;

2. The parties shall bear their own legal fees and costs.

IT IS SO AGREED.

Dated: June 27, 2013          LAW FIRM OF MICHAEL H. KIM

By: /s/ Michael H. Kim
Michael H. Kim
Attorney for Plaintiff
CASEY YU

Dated: June 27, 2013          MCNAMARA, NEY, BEATTY, SLATTERY,
                              BORGES & AMBACHER LLP

By: /s/ Michael P. Clark
Thomas G. Beatty
Michael P. Clark
Attorneys for Defendant
RYTEC CORPORATION

## ORDER

Based upon the parties' stipulation, and good cause otherwise appearing, this action is dismissed with prejudice as to defendant Rytec Corporation <u>only</u>, the parties to bear their own legal fees and costs.

Dated: JULY 5, 2013          /s/ Sandra B. Armstrong
Hon. Sandra Brown Armstrong
United States District Court Judge

2

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO RYTEC CORPORATION ONLY** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

| **Attorneys For Plaintiff Casey Yu:** | **Attorneys For Plaintiff, Casey Yu:** |
|---|---|
| Chad Biggins, Esq.<br>Law Offices of Chad Biggins<br>633 West Fifth Street, 28th Floor<br>Los Angeles, CA 90071<br><br>Phone: 213-223-2234<br>Fax: 213-223-2235 | Michael H. Kim, Esq.<br>Michael H. Kim, P.C.<br>3600 Wilshire Blvd., Suite 1722<br>Los Angeles, CA 90010<br><br>Phone: 213-738-6005<br>Fax: 213-249-9601 |
| **Attorneys For Defendant, Ferro Corp. and Ferro Pfanstichl Laboratories, Inc.:** | **Attorneys For Defendants, Bayer Corp., Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC:** |
| Paul D. Murphy, Esq.<br>Mark J. Nagle<br>Murphy Rosen Meylan & Davitt LLP<br>100 Wilshire Blvd., Suite 1300<br>Santa Monica, CA 90401<br><br>Phone: 310-899-3300<br>Fax: 310-399-7201 | Jerome Schreibstein, Esq.<br>Law Office of Jerome Schreibstein<br>275 Battery Street, 18th Floor<br>San Francisco, CA 94111<br><br>Phone: 415-875-3355<br>Fax: 415-358-9885 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 28, 2013 at Walnut Creek, California.

Barbara E. Brereton