| | |
|---|---|
| 1 | THOMAS G. BEATTY (State Bar No. 75794) |
|  | MICHAEL P. CLARK (State Bar No. 110917) |
| 2 | McNAMARA, NEY, BEATTY, SLATTERY, |
|  | BORGES & AMBACHER LLP |
| 3 | 1211 Newell Avenue |
|  | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 939-5330 |
|  | Facsimile: (925) 939-0203 |
| 5 | |
|  | Attorneys for Defendant |
| 6 | RYTEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASEY YU, | | Case No. 3:11-CV-03575-SBA |
| Plaintiff, | | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO RYTEC CORPORATION ONLY** |
| vs. | | |
| FERRO CORPORATION, an Ohio corporation; FERRO PFANSTIEHL LABORATORIES, INC., a Delaware corporation; BAYER CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company; RYTEC CORPORATION, and DOES 2 through 150,, | | |
| Defendants. | | |

Per the parties' settlement agreement, Plaintiff Casey Yu and defendant Rytec Corporation hereby stipulate, through their respective counsel, as follows:

1. The above entitled action shall be dismissed, with prejudice, against defendant Rytec Corporation only, and;

2. The parties shall bear their own legal fees and costs.

IT IS SO AGREED.

STIPULATION AND ORDER OF DISMISSAL

Dated: June 27, 2013          LAW FIRM OF MICHAEL H. KIM

By: /s/ Michael H. Kim
Michael H. Kim
Attorney for Plaintiff
CASEY YU

Dated: June 27, 2013          MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: /s/ Michael P. Clark
Thomas G. Beatty
Michael P. Clark
Attorneys for Defendant
RYTEC CORPORATION

## ORDER

Based upon the parties' stipulation, and good cause otherwise appearing, this action is dismissed with prejudice as to defendant Rytec Corporation only, the parties to bear their own legal fees and costs.

Dated: JULY 5, 2013          /s/ Sandra B. Armstrong
Hon. Sandra Brown Armstrong
United States District Court Judge

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO RYTEC CORPORATION ONLY** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Plaintiff Casey Yu:**

Chad Biggins, Esq.
Law Offices of Chad Biggins
633 West Fifth Street, 28th Floor
Los Angeles, CA 90071

Phone: 213-223-2234
Fax: 213-223-2235

**Attorneys For Plaintiff, Casey Yu:**

Michael H. Kim, Esq.
Michael H. Kim, P.C.
3600 Wilshire Blvd., Suite 1722
Los Angeles, CA 90010

Phone: 213-738-6005
Fax: 213-249-9601

**Attorneys For Defendant, Ferro Corp. and Ferro Pfanstichl Laboratories, Inc.:**

Paul D. Murphy, Esq.
Mark J. Nagle
Murphy Rosen Meylan & Davitt LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401

Phone: 310-899-3300
Fax: 310-399-7201

**Attorneys For Defendants, Bayer Corp., Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC:**

Jerome Schreibstein, Esq.
Law Office of Jerome Schreibstein
275 Battery Street, 18th Floor
San Francisco, CA 94111

Phone: 415-875-3355
Fax: 415-358-9885

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 28, 2013 at Walnut Creek, California.



Barbara E. Brereton